**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SHARON KAY VALDEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 24-cv-338-DWD** |
| ) | |
| **SOCIAL SECURITY** ) | |
| **ADMINISTRATION, DIRECT** ) | |
| **EXPRESS** *Financial Department*, **and** ) | |
| **DEPARTMENT OF FAMILY** | |
| **SERVICES,** | |
| | |
| **Defendants.** | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Plaintiff Sharon Kay Valdez filed a *pro se* Complaint naming the Social Security Administration, Direct Express (Financial Department), and the Department of Family Services.[1] Plaintiff claims Defendants have "violated [her] Constitutional rights regarding privileges as a living human being, the right to live like a citizen and person." (Doc. 3). Along with her Complaint, Plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP").

On April 19, 2024, the Court reviewed the Complaint as is required under Because 28 U.S.C. § 1915(a)(1). The Complaint did not survive review, and was dismissed without prejudice for failure to state a claim. Plaintiff was directed to file an amended complaint on or before May 20, 2024. (Doc. 13). Plaintiff missed that deadline, and on June 17, 2024,

---

[1] The body of the Complaint indicates that she is suing the Illinois Department of Family Services.

filed a motion for reconsideration. (Doc. 16). The Court denied the motion for reconsideration, and extended Plaintiff's deadline for filing an amended complaint. (Doc. 18). The Court warned Plaintiff that failure to timely file an amended complaint would result in dismissal of this case. (Docs. 13, 18).

Plaintiff's extended deadline for the filing an amended complaint has come and gone, with no communication from Plaintiff. Accordingly, the Court DISMISSES this case with prejudice for failure to prosecute. *See* FED. R. CIV. PROC. 41(b); *Hill v. United States*, *762 F.3d 589, 591 (7th Cir. 2014)*. The Court **DIRECTS** the Clerk to close the case and to enter judgment accordingly.

**SO ORDERED.**

**Dated: August 8, 2024**

s/*David W. Dugan*
**DAVID W. DUGAN**
**United States District Judge**